Joseph Brauman, Respondent, v. Samuel Feinberg, Appellant.— Judgment and order of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

E. T. Burrowes Company, Appellant, v. Stephen Caplin, Respondent.— Order of the Municipal Court reversed, with costs, on the ground of laches, and judgment reinstated, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

Calleson Horse Company, Respondent, v. William McCormack, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Constanty Chmilinski, Respondent, v. Joseph Pyla, Appellant. (No. 1.) — Judgment of the County Court of Nassau county affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Constany Chmilinski, Appellant, v. Joseph Pyla, Respondent. (No. 2.) — Judgment of the County Court of Nassau county affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

The Colonizers' Realty Company of Brooklyn, N. Y., Respondent, v. Nahum J. Shatzkin and Others, Defendants, Impleaded with Aaron Goldberg, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Gaynor, Rich and Miller, JJ., concurred.

Herbert Cromwell, Respondent, v. Long Island Electric Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Alice Mary Dall, Appellant, v. Julia H. Hall and Others, Respondents.— Appeal dismissed, without costs. Present — Woodward, Hooker, Gaynor, Rich and Miller, JJ.

DeRaismes Hose Company No. 1, Respondent, v. The City of New York, Appellant.— It may well be that the plaintiff has a cause of action under our